IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FIDEL LAMAR COSBY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:25-CV-161 |
| | ) | |
| PENNSYLVANIA DEPAREMENT OF | ) | |
| CORRECTIONS, et al, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

This action was received by the Clerk of Court on June 16, 2025. The matter was assigned and referred to Chief United States Magistrate Judge Richard A. Lanzillo, for report and recommendation in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

Plaintiff initiated this action by filing a motion seeking leave to proceed in forma pauperis. That motion was granted by Judge Lanzillo and Plaintiff's complaint was then filed. ECF No. 6, 7. In his complaint, Plaintiff asserts that Defendant Smith, a Registered Nursing Supervisor, interfered with his constitutional right to access the courts by refusing to allow him to be "seen by an appropriate licensed professional to received a required Certificate of Merit to proceed in a civil suit." ECF No. 7. He argues that this resulted in a judgment of non-pros on a potentially viable medical malpractice claim. As to the other two Defendants Superintendent Randy Irwin and the DOC, Plaintiff alleges that they took no action when informed of Defendant Smith's alleged misconduct.

1

On June 12, 2026, Judge Lanzillo issued a Report and Recommendation recommending that the complaint be dismissed for failure to state a claim in accordance with 28 U.S.C. § 1915(e). ECF No. 10. Judge Lanzillo opined that because the deficiencies in the complaint could not be cured by amendment, leave to amend should also be denied as futile. As of today's date, no Objections to the Report and Recommendation have been filed.

Regardless of whether timely objections are made, district courts may accept, reject, or modify—in whole or in part—the magistrate judge's findings or recommendations. 28 U.S.C. § 636(b)(1); Local Rule 72(D)(2). A district court is not required to make any separate findings or conclusions when reviewing a recommendation de novo under 28 U.S.C. § 636. *See Hill v. Barnacle*, 655 Fed. App'x 142, 148 (3d Cir. 2016) ("District courts are not required to make any separate findings or conclusions when reviewing a Magistrate Judge's recommendation de novo under 28 U.S.C. § 636(b). We presume that the District Court engaged in the required de novo review absent some indication to the contrary. There is no such indication here because the District Court noted Hill's objections and stated that it reviewed the record independently.") (internal citation omitted).

After *de novo* review of the complaint and documents in the case, together with the report and recommendation, the following order is entered:

AND NOW, this 20th day of July 2026;

IT IS ORDERED that the complaint is dismissed for failure to state a claim pursuant to 28 U.S.C. § 1915(e). No leave to amend will be permitted because such would be futile. This case shall be closed and all pending motions shall be terminated by the Clerk.

AND, IT IS FURTHER ORDERED that the report and recommendation of Chief Magistrate Judge Lanzillo, issued on June 12, 2026 [ECF No. 10] is adopted as the opinion of the court.

/s/ Susan Paradise Baxter
SUSAN PARADISE BAXTER
United States District Judge

3